# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| **KENNETH BALL**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  3:17-cv-00150-NJR-SCW |
| | ) | |
| v. | ) | Honorable Nancy J. Rosenstengel |
| | ) | |
| **SPECIFIED CREDIT ASSOCIATION 1, INC.**, | ) | Magistrate Judge Stephen C. Williams |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

**COME NOW** Plaintiff and Defendant and hereby advise the Court that they have reached a settlement. The parties will be filing a dismissal with prejudice, with each party to pay his, her or its own attorney fees and costs, after Plaintiff receives the settlement funds. The parties expect this to happen by June 9, 2017.

Dated:  May 8, 2017                                    Respectfully submitted,

KENNETH BALL                                           SPECIFIED CREDIT ASSOCIATION 1

By:  */s/ Thomas R. Applewhite*                        By:  */s/ Dennis J. Barton (with consent)*
Thomas R. Applewhite, #6310947                         Dennis J. Barton, III, #6284347
Donner Applewhite, Attorneys at Law                    The Barton Law Group, LLC
1108 Olive Street, Suite 200                           17600 Chesterfield Airport Rd., Ste. 201
St. Louis, Missouri 63101-1949                         Chesterfield, Missouri 63005
Phone:   (314) 240-5351                                Phone:   (636) 778-9520
Email:   tom.applewhite@da-lawfirm.com                 Email:   dbarton@bartonlawllc.com

*Attorney for Plaintiff*                               *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify by my signature below that on May 8, 2017, the foregoing was filed utilizing this Court's ECF system, which distributed an electronic version of the foregoing to all counsel and parties of record.

                              */s/ Thomas R. Applewhite*