IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH BALL, )<br> )<br> Plaintiff, )<br> )<br>vs. ) Case No. 17-CV-150-NJR-SCW<br> )<br>SPECIFIED CREDIT ASSOCIATION 1, )<br>INC., )<br> )<br> Defendant. ) | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated May 10, 2017 (reflecting the settlement between plaintiff and defendant) and the Stipulation of Dismissal filed May 25, 2017 by the parties (indicating that the case should be dismissed with prejudice), the action is **DISMISSED with prejudice**.

 DATED:  May 26, 2017

 JUSTINE FLANAGAN, Acting Clerk

 By: s/ Deana Brinkley_____
 Deputy Clerk

APPROVED: s/ Nancy J. Rosenstengel_____
 NANCY J. ROSENSTENGEL
 United States District Judge